UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81158

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by _RGS_ D.C.

AUG 1 1 2009

STEVEN M. LARIMORE
CLERK U S DIST CT
S D of FL — MIAMI

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: __09-81158__

__Yaqub Faheem "Jacket No# 0064483__
(Enter the full name of the plaintiff in this action)
Et. All plaintiffs

v.

__Sherriff Ric Bradshaw,__
__CEO of Armor Correctional Health__
__John Doe Supervisor Physician__
__Joe Grammatica I.D. 981__
__Chaplain Denny Berry I.D. 5130__
(Above, enter the full name of the defendant(s) in this action)

CIV·COHN

MAGISTRATE JUDGE
WHITE

A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

cat / div __550 | 1983 | WPB__
Case # __09CV 81158__
Judge __Cohn__  Mag. __PAW__
Motn Ifp __NO__   Fee pd $ __—__
Receipt # _____

Page 1 of 5

NORMAN Alan Butler SR. "Jacket" NO# 0111060
James Eugene Josey. "Jacket NO# 0293807
Willie Cecil Lang JR. Jacket NO# 0103749
 ET. AL. Plaintiffs

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I.  Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Yaqub Faheem Jacket NO#
Inmate #: 0064483 (247161)
Address: P.O. Box Palm Beach County Detention West Palm Beach Fl 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Ric Bradshaw
is employed as Palm Beach County Sherriff
at Gun Club Rd WPB Fl 33416

C. Additional Defendants: Joe Grammatica I.D. 981
is employed as Delray Police Officer
At Delray Beach Fl 33444

Page 2 of 5

C. Plantiffs Norman, James, Willie.
Is Located P.O. Box 247161 Palm Bch County
Detention Center WPB Fl 33416

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

CEO of Armor Correctional Health. & John Doe supervisor Physician. of Palm Beach County Detention Center WPB, FL, "Gun Club Rd zip 33416

**II.   Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

See attachment

# Statement of the Case

1. At all times material hereto, the Plaintiff Willie Lang was transported to Palm Beach County jail following a single gun shot wound to his lower right leg given a single pair of county blues and place in the wound cell unit W2C. on July 11, 2009.

2. At all times material here to, the Plaintiff Yaqub Faheem, was transported to Palm Beach County Jail following treatment for a broken forearm well as major cut to his left arm bearing stiches, He was given a single set of blues and placed in the wound cell W2C on July 13, 2009

3. At all time material hereto the Plaintiff Norman Alan Butler SR. on July 2, 2009 was Transported to Palm Beach County Jail, suffering from a Broken right hand w/t Knuckle. was given a single set of blues there after Place in wound cell W2C.

4. At all time material hereto. the Plaintiff James E. Josey. underwent multtible dog bites, to his right biceps. right thigh, on July 14, 2009 Transported to Palm Beach County Jail. He too was given a single set of blues and sent to wound cell W2C.

PAGE 4

## First cause of action.

5. At all times relevant hereto. Sherriff Ric Bradshaw, Failure to enforce all due care to arrestee's by virtue of proper change of blue uniforms to each Plaintiff created unsanitary living conditions thereby subjecting each Plaintiff cruel and unusual punishment. Where each Plaintiff had to wear the same blue uniforms for (3) weeks having to under go the smell of Bacteria retard from open wound sores ETC. " well as skin infection identified as MRSA.

## Second cause of action.

6. At all times revelant hereto. Defendant Ric Bradshaw. In Conjunction with Defendant Armor Correctional Health. CEO John Doe. Exhibited cruel and unusual Punishment by virtue of creating a Consitutionally unsanitary housing unit for wounded arrests that does not contain Bio. hazzard trash bag. Where arrestee's leaving Band Aids, on the shower walls, floors ETC. In absent of Beleach & cleaning supplys. Despite the absent handicap showering unit. or, wheel chair entry or, exit not withstanding Sanitizer for each Plaintiff listed here in after.

## Third Cause of action.

7. At all times Relevant hereto, Defendant Joe Grammatica I.D. 981 DISPLAYED Excessive force to the Plaintiff Norman Alan Butler SR. right hand & Knuckle by intentionally Bending his hand while the Plaintiff was handcuff questioning him whether Plaintiff was lieing causing his injury to worsen and/or aggravate subject Plaintiff to cruel and unusual Punishment.

## Fourth Cause of Action.

8. At all time material hereto. the Defendant Supervisor Physician displayed deliberate Indiference to the Plaintiff serious medical needs well as recommended Therary to Plaintiff Norman Alan Butler SR. Right hand & Knuckle after Defendant own personal visual diagnoses and failure to do so displayed cruel and unusual punishment in as much the Plaintiff today lack pain medication and recommended therapy.

PAGE 6

Each Defendant Act under color state Law (5th) cause of Action. Defendant chaplain Denny Berry. I.D- 5130 violated plaintiff, Yaqub Faheem first amendment. In absent of Neutral Governmental Regulation when defendant deliberately refuse to entertain plaintiff Faheem's request for a Kosher diet.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Norman Alan Butler SR. Sues Defendant
1. Joe Grammatica I.D-981 in his individual and official Capasitiy for $250,000.00 Sum total of $500,000.00

2. Sherriff Ric Bradshaw is Sued in his individual and official Capasitiy for 2000,00 toward each plaintiff Yaqub Faheem, Norman A. Butler SR. & James Eugene Josey & Willie Cecil Lang JR.

### IV. Jury Demand

Do you demand a jury trial?  ☑ Yes   ☐ No

## Supplemental Relief.

3. Each Plaintiff sues CEO of Armor Correctional Health in his/her individual and official capacity for $3000.00 towards each plantiffs.

4. Norman Alan Butler SR. sues John Doe Supervisor ~~physician~~ . In his individual and official Capacity AT face value of $5000,000.00

5. Order by injunction the defendant and/or jail to recognize my religion and all of its aspects of diet other then pork free meals.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _____ day of _____, 20____

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____

_____
(Signature of Plaintiff)

(S) _____

(S) _____

(S) _____

Page 9,