UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81158-CIV-COHN/WHITE

YAQUB J. FAHEEM and NORMAN
A. BUTLER, SR.,

      Plaintiffs,

v.

MIAMI-DADE DEPT. OF CORR.
AND REHAB., et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 7], submitted by United States Magistrate Judge Patrick A. White, regarding Plaintiffs' civil rights complaint filed under 42 U.S.C. §1983. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint [DE 1] and the Report and Recommendation, and is otherwise advised in the premises. The Court notes that Plaintiffs have filed no objections to the Report and Recommendation, and the time for filing such objections has passed. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of United States Magistrate Judge Patrick A. White [DE 7] is **ADOPTED**.

2. Plaintiffs Yaqub J. Faheem and Norman A. Butler, Sr.'s civil rights Complaint [DE 1] and Amended Complaints [DE's 5 & 6] are **DISMISSED**

**without prejudice** to each Plaintiff to file a separate complaint.

3. Any other pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 29th day of September, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Yaqub Jameel Faheem
# 0064483
Palm Beach County Detention Center
P.O. Box 247161
West Palm Beach, FL 33416

Norman Alan Butler, Sr.
# 0111060
Palm Beach County Detention Center
P.O. Box 247161
West Palm Beach, FL 33416

2